ACCEPTED
03-15-00058-CR
8200788
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 2:05:14 PM
JEFFREY D. KYLE
CLERK



**KEITH WOODLEY**
OF COUNSEL
**JAMES H. DUDLEY**
LAWYER

**JUDSON K. WOODLEY**
LAWYER
**EMILY MILLER**
LAWYER

BROWNWOOD - COMANCHE - TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/11/2015 2:05:14 PM

JEFFREY D. KYLE
Clerk

December 11, 2015

Mr. Jeffrey D. Kyle
Clerk of Court, Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re:     Brady Alan Daniel v. The State of Texas, Appeal No. 3-15-00058-CR

Dear Mr. Kyle:

In accordance with Rule 48.4, I certify that on December 11, 2015, I sent a copy of this Court's Opinion to Brady Alan Daniel at his last known address in the Texas Department of Criminal Justice. This letter also advised Brady Alan Daniel of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

If you have any questions, please feel free to contact me.

Sincerely,

Emily Miller

EM/tlh
Enclosure

**BROWNWOOD**

707 Center Ave.
Brownwood, TX 76801

Phone: 325.646.7685
FAX: 325.646.7688

www.woodleydudley.net

**COMANCHE**

P.O. Box 99, 306 N. Austin St.
Comanche, TX 76442

Phone: 325.356.2502
FAX: 325.356.5193